UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X



THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,         **NOTICE OF**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI    **MOTION FOR**
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,   **DEFAULT JUDGMENT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY      07-CIV-5557 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                Plaintiffs,

    -against-

D.E.W. CONSTRUCTION, INC.,

                                Defendant.
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 3rd day of October, 2007, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, before the Honorable Charles L. Brieant, at a date and time scheduled by the Court, for a judgment of default against Defendant D.E.W. CONSTRUCTION, INC. pursuant to Rule 55(a) of the Federal Rules of



Civil Procedure in the amount of $51,310.60, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
October 3, 2007

>Respectfully submitted,
>
>BRADY McGUIRE & STEINBERG, P.C.
>
>By: *[signature]*
>James M. Steinberg (JS-3515)
>Attorneys for Plaintiffs
>603 Warburton Avenue
>Hastings-on-Hudson, New York 10706
>(914) 478-4293

TO: D.E.W. CONSTRUCTION, INC.
66 East Forest Trail
Holmes, New York 12563