UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,         **REQUEST TO**
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI    **CLERK FOR**
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,   **ENTRY OF DEFAULT**
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY      07-CIV-5557 (CLB)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

                                  Plaintiffs,

    -against-

D.E.W. CONSTRUCTION, INC.,

                                  Defendant.
------------------------------------------------------------------X

TO:    J. MICHAEL McMAHON, Clerk of the United States District
          Court for the Southern District of New York

Please enter the default of Defendant D.E.W. CONSTRUCTION, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on October 3, 2007.

Dated:  Hastings-on-Hudson, New York
          October 3, 2007

                                  BRADY McGUIRE & STEINBERG, P.C.

                            By: _____
                                James M. Steinberg (JS-3515)
                                Attorneys for Plaintiffs
                                603 Warburton Avenue
                                Hastings-on-Hudson, New York 10706
                                (914) 478-4293

TO:    D.E.W. CONSTRUCTION, INC.
          66 East Forest Trail
          Holmes, New York 12563

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____